UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| AARON BERNARD GENTRY,<br><br>          Plaintiff,<br><br>     v.<br><br>HEATHER JUSTICE, et al.,<br><br>          Defendants. | CASE NO. 3:21-CV-5521-DGE-DWC<br><br>REPORT AND RECOMMENDATION<br><br>Noting Date: November 26, 2021 |

The District Court referred this action to United States Magistrate Judge David W. Christel. Plaintiff Aaron Bernard Gentry, proceeding *pro se*, filed this civil rights complaint under 42 U.S.C. § 1983. On August 23, 2021, the Court screened Plaintiff's proposed complaint. Dkt. 4 (Order to File Amended Complaint). The Court declined to serve the proposed complaint due to deficiencies and directed Plaintiff to file an amended complaint on or before September 24, 2021. *Id*. On September 13, 2021, Plaintiff filed a letter requesting a 30-day extension of time to cure the deficiencies of his proposed complaint. Dkt. 5. The Court granted Plaintiff an extension of time and directed Plaintiff to respond to the Order to File Amended Complaint on or before October 25, 2021. Dkt. 6. In both the Order to File Amended Complaint and the Order

Granting Extension of Time, the Court warned Plaintiff that if he failed to file an amended complaint or otherwise respond to the Order to File Amended Complaint the undersigned would recommend dismissal of this action. Dkt. 4, 6.

Plaintiff has failed to comply with the Court's orders. He has not filed an amended complaint or otherwise responded to the Order to File Amended Complaint. Further, as discussed in the Order to File Amended Complaint, Plaintiff has failed to state a claim upon which relief can be granted. See Dkt. 4. Therefore, the Court recommends this case be dismissed without prejudice for failure to follow a Court order and failure to state a claim upon which relief can be granted. The Court also recommends Plaintiff's Motion to Proceed *In Forma Pauperis* (Dkt. 1) be denied as moot.

As Plaintiff failed to state a claim upon which relief could be granted in the proposed complaint, the Court finds this case should be considered a "strike" under 28 U.S.C. § 1915(g).

Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure, the parties shall have fourteen (14) days from service of this Report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of appeal. *Thomas v Arn*, 474 U.S. 140 (1985). Accommodating the time limit imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on November 26, 2021, as noted in the caption.

Dated this 9th day of November, 2021.

David W. Christel
United States Magistrate Judge